# IN THE SUPREME COURT OF THE STATE OF NEVADA

DELBERT M. GREENE,
Appellant,

vs.

WARDEN STROUD,
Respondent.

No. 70906

FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on July 21, 2016. To the extent appellant appeals from the June 17, 2016, order, the order is not a final, appealable order because it stayed the proceedings of the petition. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-36152

cc: Hon. Linda Marie Bell, District Judge
Delbert M. Greene
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk